*Callaghan, Jr.,* for petitioner. *Pasquale T. Annarummo,* Town Solicitor, for respondent.

M. P. No. 73-220. TOWN OF BURRILLVILLE *v.* TANNERHILL, INC. *et al.* Petition for writ of certiorari denied for failure to comply with the provisions of Rule 13. *Irving I. Zimmerman,* Town Solicitor, for petitioner. *Timothy J. McCarthy,* for respondents.

M. P. No. 73-224. RICHARD T. STAHL *v.* JAMES W. MULLEN, *Warden.* Respondent directed to file answer to the petition for habeas corpus and therein to *show cause,* if any, why the writ should not issue as prayed, answer to be made in compliance with the provisions of Rule 14. *Richard T. Stahl,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 73-247. CARL MORETTA *v.* ALICE N. MORETTA. Motion of petitioner for a stay of proceedings scheduled for hearing in the Family Court on September 26, 1973 is denied. *Carl Moretta,* petitioner, pro se.

M. P. No. 1901. HOSPITAL SERVICE CORPORATION OF RHODE ISLAND *et al. v.* ALBERT B. WEST, *Director of Department of Business Regulation.* Petition to reargue denied. Roberts, C. J. and Joslin, J. not participating. *Tillinghast, Collins & Graham, Edwin H. Hastings, Peter J. McGinn,* for petitioners. *Roberts & Willey Incorporated, Dennis J. Roberts, II,* for Rhode Island Consumers' Council. *S. Everett Wilkins,* for Margaret E. Maguire, Intervenor.

Ex. &c. No. 1566. STATE *v.* ROBERT E. FAIRBROTHERS, STATE *v.* JOHN ROSSI, STATE *v.* RUDOLPHO G. SCIARRA. Petition to reargue denied. Paolino, Joslin and Doris, JJ., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Anthony Del-Guidice,* for Robert E. Fairbrothers, *Raymond J. Daniel,* for